# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BILLINGNETWORK PATENT, INC., <br><br> Plaintiff, <br><br> vs. <br><br> VISIONWEB HOLDINGS, L.L.C., <br><br> Defendant. | Case No. 1:16-cv-8783 <br><br> Hon. John Z. Lee <br> Magistrate: Hon. Michael T. Mason |

### DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

Defendant VisionWeb Holdings, L.L.C. ("VisionWeb"), by and through undersigned counsel, respectfully moves for an extension of 30 days, up to and including December 5, 2016, in which to answer or otherwise respond to the Complaint (Dkt. No. 1), and re-setting the initial status hearing to December 12, 2016 at 9:00 a.m. In support thereof, VisionWeb states as follows:

1. On September 9, 2016 Plaintiff filed a Complaint for patent infringement against VisionWeb. (Dkt. No. 1.)

2. On October 11, 2016, the summons issued as to VisionWeb.

3. Two days later, on October 13, 2016, VisionWeb was served with the Complaint.

4. VisionWeb's current deadline to answer or otherwise respond to the Complaint is November 3, 2016.

5. On October 17, 2016, the Court re-set the initial status hearing to November 9, 2016 (Dkt. No. 9.)

6. VisionWeb respectfully requests that the Court grant a 30-day extension to answer or otherwise respond to the Complaint, which would permit VisionWeb up to and including December 5, 2016, to answer or otherwise respond to the Complaint.

7. VisionWeb further respectfully requests that the Court re-set the initial status hearing to December 12, 2016, after VisionWeb has filed its responsive pleading.

8. Counsel for Defendant requests the extension so that it may fully evaluate the claims in this action and to prepare VisionWeb's responsive pleadings.

9. On October 17, 2016, Counsel for VisionWeb met and conferred telephonically with counsel for Plaintiff. Counsel for Plaintiff indicated that Plaintiff is not opposed to the relief sought herein.

10. The instant request is sought in the interests of justice and not for purposes of delay.

WHEREFORE, VisionWeb respectfully requests that the Court grant this motion, extending the time to answer or otherwise plead to Plaintiff's Complaint up to and including December 5, 2016, and re-setting the initial status hearing to December 12, 2016.

Dated: October 19, 2016

Respectfully submitted,
FISH & RICHARDSON P.C.

By: */s/ David B. Conrad*
Neil J. McNabnay
mcnabnay@fr.com
Texas Bar No. 24002583
David B. Conrad
conrad@fr.com
Texas Bar No. 24049042
Theresa M. Dawson
tdawson@fr.com
Texas Bar No. 24065128
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 - Telephone
(214) 747-2091 - Facsimile

**COUNSEL FOR DEFENDANT
VISIONWEB HOLDINGS, L.L.C.**

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 19, 2016 a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT** was filed electronically with the Clerk of the Court using the CM/ECF system, thereby serving all counsel of record.

*/s/ David B. Conrad*
David B. Conrad