IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BILLINGNETWORK PATENT, INC.,<br><br>　　Plaintiff,<br><br>vs.<br><br>VISIONWEB HOLDINGS, L.L.C.,<br><br>　　Defendant. | Case No. 1:16-cv-8783<br><br>Hon. John Z. Lee<br>Magistrate: Hon. Michael T. Mason |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, October 26, 2016 at 9:00 a.m., or as soon thereafter as they shall be heard, Defendant shall appear before the Hon. John Z. Lee or any judge sitting in his stead in Courtroom 1225 of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion: **DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT.**

-2-

Dated: October 19, 2016				Respectfully submitted,

               FISH & RICHARDSON P.C.

              By: */s/ David B. Conrad*
                 Neil J. McNabnay
                 mcnabnay@fr.com
                 Texas Bar No. 24002583
                 David B. Conrad
                 conrad@fr.com
                 Texas Bar No. 24049042
                 Theresa M. Dawson
                 tdawson@fr.com
                 Texas Bar No. 24065128
                 1717 Main Street, Suite 5000
                 Dallas, Texas 75201
                 (214) 747-5070 - Telephone
                 (214) 747-2091 - Facsimile

              **COUNSEL FOR DEFENDANT**
              **VISIONWEB HOLDINGS, L.L.C.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on October 19, 2016, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5.5(b).

> */s/ David B. Conrad*
> David B. Conrad