**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **BILLINGNETWORK PATENT, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**VISIONWEB HOLDINGS, L.L.C.,**<br><br>**Defendant.** | **Case No.: 1:16-cv-08783**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), Plaintiff Billingnetwork Patent, Inc. and Defendant VisionWeb Holdings, L.L.C. hereby submit this Stipulation of Dismissal Without Prejudice dismissing all claims in this action without prejudice with each party to bear its own costs, expenses and attorneys' fees.

Dated: June 28, 2017

*/s/Timothy J. Haller*
Timothy J. Haller
HALLER LAW PLLC
The Monadnock Building
53 West Jackson Boulevard, Suite 1623
Chicago, IL 60604
Phone: (630) 336-4283
haller@haller-iplaw.com

Gabriel I. Opatken
NOBLE IP LLC
418 North Noble Street, Suite 4
Chicago, IL 60642
Phone: (773) 648-5433
gabriel@nobleipllc.com

*/s/Theresa M. Dawson*
Robert D. Leighton
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
Phone: (312) 201-4000
robert.leighton@goldbergkohn.com

Neil J. McNabnay
David B. Conrad
Theresa M. Dawson
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Phone: (214) 747-5070
mcnabnay@fr.com

conrad@fr.com
tdawson@fr.com

***Attorneys for Plaintiff, Internet Media Interactive Corp.***

***Attorneys for Defendant, VisionWeb Holdings, L.L.C.***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 28, 2017 the foregoing:

**STIPULATION OF DISMISSAL**

was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record.

Robert D. Leighton
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, IL 60603
Phone: (312) 201-4000
robert.leighton@goldbergkohn.com

Neil J. McNabnay
David B. Conrad
Theresa M. Dawson
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Phone: (214) 747-5070
mcnabnay@fr.com
conrad@fr.com
tdawson@fr.com

***Attorneys for Defendant***
***VISIONWEB HOLDINGS, L.L.C.***

*/s/Timothy J. Haller*
***Attorneys for Plaintiff, Billingnetwork Patent, Inc.***